IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THOMAS POWERS            )
PLAINTIFF                )
VS.                      )   CASE NO 14-3306
JAMES CLAYTON, JOSEPH HANKINS   )
FOREST ASHBY, GREGG SCOTT       )
DEFENDANTS               )

GLOBAL SETTLEMENT

PLAINTIFF STATES IN SUPPORT;

1). PER THE HONORABLE JUDGE SUE E. MYERSCOUGH MAY 5,2016 ORDER IN REFERENCE TO GLOBAL SETTLEMENT OF THE FOLLOWING CASES:
   1). POWERS V CLAYTON   14-3306   USDC-CD
   2). POWERS V. HOUGAS   15-4056   USDC-CD
   3). POWERS V. SCOTT    16-4053   USDC-CD
   4). POWERS V. BLOCK    15-4083   USDC-CD

2). IN THE MATTER OF POWERS V. CLAYTON/HANKINS CASE NO 14-3306 (CONSOLIDATED WITH CASE NO. 13-3097.

   1). PLACED IN SPECIAL MANAGEMENT FOR ONE HUNDRED AND TWENTY-THREE (123) DAYS WITHOUT A BEHAVIOR REPORT OR BEHAVIOR COMMITTEE SEEN. TIMES  30  per day equal THREE THOUSAND SIX HUNDRED AND NINETY DOLLARS- $3,690.00
   2). ASSIGNED LAW LIBRARY 10 hours a week per LEWIS V. CASEY
   3). MY LEGAL WORK ON TRANSPORT HELD WITH ME ON MY LAP IN BACKSEAT OF VAN TO WINNEBAGO COUNTY.
   4). A RELATED MATTER OF JAMES CLAYTON SHAKEDOWN ON AUGUST 6,2014 $349.00 pending case OF POWERS V STATE OF ILLINOIS 15CC3437
   5). ANOTHER MATTER WITH JAMES CLAYTON UNRELATED TO THIS MATTER $175.00 pending case OF POWERS V STATE OF ILLINOIS 15CC1255
   6). EXPUNGEMENT OF THE FOLLOWING BEHAVIOR REPORTS:
      JULY 3,2012 STAFF MANIPULIATION (AUTHOR STA CAMERON)
      NOVEMBER 16,2012 ATTEMPTED STAFF MANULIATION (AUTHOR STA NORMAN)
      MARCH 14,2014 HORSEPLAYING (AUTHOR STA UTTER)
      AUGUST 5,2014 INTERFERRING WITH FACILITY OPERATION (AUTHOR PENNOCK)

REQESTED SETTLEMENT POWERS V. CLAYTON

$4214.00
+$1380.00
=$5594.00

3) IN THE MATTER OF POWERS V HOUGAS CASE NO. 15-4056
   A TOTAL OF 46 SHAKEDOWNS TIMES 30 (DAVIS V. PETERS)

```
                          REQUESTED SETTLEMENT BALANCE OF    $5594.00
                          POWERS V.CLAYTON/POWERS V HOUGAS
```

4). IN THE MATTER  OF POWERS V. SCOTT   CASE NO.16-4053

    REINSTATE FIVE DOLLAR POSTAGE PERMONTH   PLUS $250.00          $250.00
                                                                                                                                                                                                                      $5844.00

5). IN THE MATTER OF   POWERS V BLOCK   CASE NO. 15-4083

    IN THE STATE OF ILLINOIS FROM THE YEAR 2014 PURSUANT
    to the SEX OFFENDER EVALUATION AND TREATMENT PROVIDER ACT
    225 ILCS 109/1 et seq  GROUP THERAPY VIOLATES STATE LAW

    FOR SETTLEMENT PLAINTIFF WANTS TEN HOURS PER WEEK OF INDIVIDUAL
    THERAPY WITH LICENSED THERAPIST WITH ONE THE FOLLOWING TEAM LEADERS
    JUDITH ROTH, HARMONY GOORLEY, AMY LOUCK TO BRING ME UP TO WHERE I
    SHOULD BE. SET DURATION OF PROGRAM OF TWO YEARS.(KANSAS V. HENDRICKS)
    "REMOVE FROM BLUE TEAM"

    IN RELATION TO THE RETALIATORY CONDUCT OF JENNIFER BLOCK AND JACQUELINE
    WHITE FOR THE DEPARTURE OF PROFESSIONAL JUDGEMENT TOTAL OF    $1500.00

                                                                TOTAL FOR GLOBAL SETTLEMENT  $7344.00

1). ADDITIONALSUGGESTIONS VOLUNITARILY HIGHER PHASE MENTORING GROUPS WITH
2). ADDITIONAL 12 STEP PROGRAMS IMPLEMENTED.
3). LESSER RESTRICTIVE ENVIRONMENT SET DURATION FOR CONDITIONAL RELEASE TO
    DISCHARGE. (SUGGESTED 18 months)
4). INDEPENDENT EVALUATION ON PLAINTIFF'S DANGEROUSNESS


WHEREFORE PLAINTIFF SUBMITS REQUESTED OFFERS FOR GLOBAL SETTLEMENT.

                                                                               RESPECTFULLY SUBMITTED:

                                                                               THOMAS POWERS
                                                                               17019 COUNTY FARM ROAD
                                                                               RUSHVILLE, ILLINOIS 62681
                                                                               217-322-3204

May 18 2016

Honorable Clerk

I have included per Judge Myerscough's Order of May 5 2016. a Global Settlement

Could you please post the included in the other relevant cases.

Pavers vs Hougnsdal 15-4056
Pavers vs Scott etal 16-4053
Pavers vs Block etal 15-4083

for the other attornies in these matters

Thank you

Thomas Pavers
17019 County Farm Rd
Rushville, IL 62681
217-322-3204